IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DELORIS PHILLIPS,

　Petitioner,

v.　　　　　　　　　　　　　　　　　No. 3:19-cv-00963-S-BT

SHEILA EVERETT,

　Respondent.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 6, 2019. The Court construes Plaintiff's "Notice of Appeal Accelerated" [ECF No. 4] as an objection. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED**, this 25th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

1